UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA VANHORN,

       Plaintiff,

                                          Case No. 1:25-cv-625

v.

                                          HONORABLE PAUL L. MALONEY

TRACY TOMAC, et al.,

       Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On June 4, 2025, Plaintiff initiated this lawsuit by filing a complaint.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 7, 2026, recommending that this Court dismiss the action without prejudice for want of prosecttion.  The Report and Recommendation mailed to Plaintiff was returned to the Court marked "return to sender", "not deliverable as addressed", and "unable to forward".

Even though Plaintiff has not received a copy of the Report and Recommendation, Plaintiff has been properly served under the Federal Rules of Civil Procedure.  As required by statute, the magistrate judge filed the Report and Recommendation with the Court and mailed a copy to Plaintiff at her last known address.  *See* 28 U.S.C. § 636(b)(1)(C) ("The magistrate judge shall file his proposed findings and recommendations under subparagraph (B) with the court and a copy shall forthwith be mailed to all parties.").  Upon placing the Report and Recommendation in the mail to Plaintiff's last known address, service was complete.  Fed. R. Civ. P. 5(b)(2)(C).  Plaintiff has a continuing obligation to apprise the Court of his current address.  *See* W.D. Mich. L.Civ.R.

41.1 ("Failure of a plaintiff to keep the Court apprised of his current address shall be grounds for dismissal for want of prosecution."); *see also White v. City of Grand Rapids*, 34 F. App'x 210, 211 (6th Cir. 2022) (affirming the dismissal of a lawsuit that occurred in part because the plaintiff "failed to keep the district court apprised of his current address").

After being served with a Report and Recommendation issued by a Magistrate Judge, a party has fourteen days to file written objections to the proposed findings and recommendations. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *see United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005). Failure to file an objection results in a waiver of the issue and the issue cannot be appealed. *Thomas v. Arn*, 474 U.S. 140, 155 (1985) (upholding the Sixth Circuit's practice). No objections have been filed to date.

Although Plaintiff's failure to file objections is a sufficient reason to adopt the Report and Recommendation, this Court has reviewed the merits of the report and finds the magistrate judge's reasoning and conclusions sound. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 9) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this lawsuit is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated:  April 30, 2026                                             /s/  Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge

2