UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA VANHORN,

       Plaintiff,

                                    Case No. 1:25-cv-625

v.

                                    HONORABLE PAUL L. MALONEY

TRACY TOMAC, et al.,

       Defendants.

_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  April 30, 2026                                /s/  Paul L. Maloney
                                                    Paul L. Maloney
                                                      United States District Judge